UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANNE CARD,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. CAROLYN, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. C13-1200-MJP<br><br>**ORDER REVERSING THE COMMISSIONER** |

The Court, after careful consideration of the Plaintiff's complaint (Dkt. No. 3), the Parties' briefs (Dkt. Nos. 14, 15, 18), all papers and exhibits filed in support of and opposition thereto, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 19), and the balance of the record, and noting no objections were filed, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The final decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for additional administrative proceedings.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of March, 2014.

MARSHA J. PECHMAN
United States District Judge

ORDER REVERSING THE COMMISSIONER - 1