UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANNE CARD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. C13-1200-MJP<br><br>**REPORT AND RECOMMENDATION RE EAJA FEES** |

Plaintiff, as the prevailing party in this matter, moves for an award of attorney's fees, expenses and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920. Dkt. 22. The Commissioner has no objection to plaintiff's motion. Dkt. 24. Having reviewed the parties' pleadings and the record in this case, the Court recommends plaintiff's motion be **GRANTED** and plaintiff be awarded:

　　(1)　Attorney's fees in the amount of $6,039.26.

　　(2)　Expenses in the amount of $26.70.

　　(3)　Costs in the amount of $11.70.

　　(4)　The fees are awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and delivered to plaintiff's attorney at the Law Office of Steven M. Robey, 1414 F. Street, Bellingham, WA, 98225; however,

REPORT AND RECOMMENDATION RE EAJA FEES - 1

1  (4) If the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable directly to the Law Office of Steven M. Robey.

As plaintiff's motion is unopposed, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 24th day of June, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge