1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE ANNE CARD,

                Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                Defendant.

Case No. C13-1200-MJP

**ORDER FOR EAJA FEES, COSTS,
AND EXPENSES**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, **GRANTS** plaintiff's motion for an award of attorney's fees, expenses, and costs, Dkt. 22, and **ORDERS**:

    (1)      Attorney's fees in the amount of $6,039.26.

    (2)      Expenses in the amount of $26.70.

    (3)      Costs in the amount of $11.70.

    (4)      The fees are awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and delivered to plaintiff's attorney at the Law Office of Steven M. Robey, 1414 F. Street, Bellingham, WA, 98225; however,

    (4)      If the U.S. Department of the Treasury determines that plaintiff's EAJA fees,

ORDER FOR EAJA FEES, COSTS, AND EXPENSES - 1

1   expenses, and costs are not subject to any offset allowed under the Department of the Treasury's

2   Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable

3   directly to the Law Office of Steven M. Robey.

4           DATED this 9th day of July, 2014.

5

6

7

8

9                                               Marsha J. Pechman
                                                Chief United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER FOR EAJA FEES, COSTS, AND EXPENSES - 2